UNITED STATES OF AMERICA
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:14-00101 |
| | ) | |
| v. | ) | 18 U.S.C. § 1344 |
| BRYAN PUCKETT, | ) | 18 U.S.C. § 1349 |
| AMIR BABAK BANYAN, | ) | 18 U.S.C. § 2 |
|    a/k/a Bobby Banyan | ) | |
| APRIL GARDNER, | ) | JUDGE TRAUGER |
| ANDREW HOFFMAN | ) | MAGISTRATE JUDGE KNOWLES |

**RECEIVED IN CLERK'S OFFICE AUG 1 4 2014 U.S. DISTRICT COURT MID. DIST. TENN.**

**Motion GRANTED.**

## MOTION FOR ADMISSION PRO HAC VICE

**NOW INTO COURT**, comes undersigned counsel, DONALD W. WASHINGTON, who, in accordance with the Local Rules of Court for the Middle District of Tennessee, makes application to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of ANDREW HOFFMAN in the above-captioned matter in the same manner as an attorney admitted to practice in this Court, as permitted by Local Rule 83.01. In support of this motion, Movant provides the attached Certificate from the Clerk of the United States District Court for the Western District of Louisiana and the attached certification of Donald W. Washington and states as follows:

I.

Movant is a member in good standing of the Bar of the State of Louisiana, Bar Roll No. 21402 and the Bar of the State of Texas, Bar Roll No. 20897167. There have been no disciplinary or criminal charges instituted against Movant.